# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0998
LT Case No. 2023-CF-007278-A

_____

STAFFON KAZARIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

February 24, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____